```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | ROBIN R. TAYLOR
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone: (916) 554-2700
```



FILED

OCT 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08 MJ 0382 KJM |
|---|---|---|
|  | ) | 08-SW 0467 KJM |
| Plaintiff, | ) |  |
|  | ) | APPLICATION FOR UNSEALING |
|  | ) | ORDER; AND ORDER |
| v. | ) |  |
|  | ) |  |
| FERNANDO LAST NAME UNKNOWN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008              McGREGOR W. SCOTT
                                     United States Attorney


                                     By /s/ Robin R. Taylor
                                       ROBIN R. TAYLOR
                                       Assistant U.S. Attorney

Application for Unsealing Order & Order
Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate