FILED
October 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                              )    Case No. 2:08-mj-382 KJM
        Plaintiff,            )
v.                            )    ORDER FOR RELEASE
                              )    OF PERSON IN CUSTODY
Fernando Mesa,                )
                              )
        Defendant.            )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Fernando Mesa  Case 2:08-mj-382 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

X   Unsecured bond in the amount of $50,000

__  Appearance Bond with 10% Deposit

__  Appearance Bond secured by Real Property

__  Corporate Surety Bail Bond

X   (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at Sacramento, CA  on 10/30/08  at 2:38 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge