```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   GRISELDA AVILA
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  No. 2:08-0536 LKK
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER VACATING
14     v.                         )  DATE, CONTINUING CASE, AND
                                  )  EXCLUDING TIME
15 JOSE QUEVEDO-MESA,             )
   GRISELDA AVILA                 )
16              Defendants.       )  Date:  January 21, 2009
                                  )  Time:  9:15 a.m.
17 _____)  Judge: Hon. Karlton

18
```

19     **IT IS HEREBY STIPULATED** by and between Assistant United States
20 Attorney Robyn Taylor, Counsel for Plaintiff, and Attorney Dina L.
21 Santos, Counsel for Defendant GRISELDA AVILA, and Attorney Danny Brace,
22 Counsel for Defendant JOSE QUEVEDO-MESA, that the status conference
23 scheduled for December 16, 2008, be vacated and the matter be continued
24 to this Court's criminal calendar on January 21, 2009, at 9:15 a.m.
25     This continuance is requested by the defense in order to permit
26 further diligent examination of possible defenses, further client
27 consultation concerning available courses of action, and review of
28 discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the January 21, 2009 date, and that Ms. Taylor and Mr. Brace have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: December 10, 2008
/s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
GRISELDA AVILA

Dated: December 10, 2008
/s/ Danny Brace
DANNY BRACE
Attorney for Defendant
JOSE QUEVEDO-MESA

Dated: December 10, 2008
/s/ Robyn Taylor
ROBYN TAYLOR
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: December 10, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT