DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Jose Quevedo-Mesa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE QUEVEDO-MESA,<br><br>    Defendant | Case No.: 2:08 CR 536 LKK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning March 10, 2009 and extending through April 7, 2009 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the March 17, 2009, calendar and be rescheduled to April 7, 2009 at 9:15 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date: 3-10-09                                By: /s/ Danny D. Brace, Jr.,
                                             DANNY D. BRACE, JR.,
                                             Attorney for
                                             Jose Quevedo-Mesa

Date: 3-10-09                                By: /s/ Dina Santos
                                             Authorized to sign for Ms. Santos
                                             On March 10, 2009
                                             DINA SANTOS, Attorney for
                                             Griselda Avila

Date: 3-10-09                                By:/s/ Robyn Taylor
                                             Authorized to sign for Ms. Taylor
                                             On March 10, 2009
                                             ROBYN TAYLOR
                                             Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated: March 10, 2009**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT