```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-08-536 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RESETTING |
| v. | ) STATUS CONFERENCE AND EXCLUDING |
| | ) TIME UNDER THE SPEEDY TRIAL ACT |
| JOSE QUEVEDO-MEZA, and | ) |
| GRISELDA AVILA, | ) |
| | ) DATE: May 19, 2009 |
| Defendants. | ) TIME: 9:00 a.m. |
| _____ | ) CTRM: Hon. Lawrence K. Karlton |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Jose Quevedo-Meza, by and through his counsel of record, Danny Brace, Esq., and defendant Griselda Avila, by and through her counsel of record, Dina Santos, Esq. hereby submit this stipulation and proposed order regarding the status conference set for April 7, 2009. The parties desire to move this appearance to May 19, 2009.

The defendants moves that time be excluded from April 7, 2009, to May 19, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).

1

Defense counsel represented that they needed time review discovery, meet with their clients, and meet with the government to discuss the case status and possible resolution. The defendants are aware of the request for continuance and approve of it.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 19, 2009        By:   /s/ Robin Taylor
                                 ROBIN TAYLOR
                                 Assistant U.S. Attorney
                                 Attorneys for Plaintiff

DATED: May 19, 2009        By:   /s/ Danny Brace
                                 DANNY BRACE
                                 Attorney for Defendant

DATED: May 19, 2009        By:   /s/ Dina Santos
                                 DINA SANTOS
                                 Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: May 21, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT