```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   ) CR S-08-536 LKK
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER RESETTING
13        v.                       ) STATUS CONFERENCE AND EXCLUDING
                                   ) TIME UNDER THE SPEEDY TRIAL ACT
14  JOSE QUEVEDO-MEZA, and         )
    GRISELDA AVILA,                )
15                                 ) DATE: November 3, 2009
              Defendants.          ) TIME: 9:15 a.m.
16  _____) CTRM: Hon. Lawrence K. Karlton
17
18       The United States of America, through counsel of record,
    Assistant United States Attorney Robin R. Taylor, and defendant Jose
19
    Quevedo-Meza, by and through his counsel of record, Danny Brace,
20
    Esq., and defendant Griselda Avila, by and through Danny Brace
21
    appearing for counsel of record, Dina Santos, Esq. hereby submit
22
    this stipulation and proposed order regarding the status conference
23
    set for November 3, 2009.  In court the parties agreed, and the
24
    court ordered, that the matter be set for further status on December
25
    8, 2009.
26
         The defendants moves that time be excluded from November 3,
27
    2009, to December 8, 2009, from computation of time within which the
28
                                    1
```

trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Defense counsel represented that they needed time review discovery, meet with their clients, and meet with the government to discuss the case status and possible resolution. The defendants are aware of the request for continuance and approve of it.

                Respectfully submitted,

                LAWRENCE G. BROWN
                United States Attorney

Dated: November 3, 2009  By: /s/ Robin Taylor
                ROBIN TAYLOR
                Assistant U.S. Attorney
                Attorneys for Plaintiff

DATED: November 3, 2009  By: /s/ Danny Brace
                DANNY BRACE
                Attorney for Defendant

DATED: November 9, 2009  By: /s/ Dina Santos
                DINA SANTOS
                Attorney for Defendant

**ORDER**

 For good cause shown above,

**IT IS SO ORDERED.**

DATED: November 4, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT