DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Jose Quevedo Mesa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR S 08-536 LKK |
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |
| vs. | ) |
| JOSE GUEVEDO MESA, GRISELDA AVILA, | ) |
| Defendant | ) |

The parties agree that time beginning January 12, 2010 and extending through January 26, 2010 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the January 12, 2010, calendar and be rescheduled to January 26, 2010 at 9:00 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date: 1-11-10 By: /s/ Danny D. Brace, Jr.,
DANNY D. BRACE, JR.,
Attorney for
Jose Quevedo Mesa

Date: 1-11-10 By: /s/ Dina Santos
Authorized to sign for Ms. Santos
On January 11, 2010
DINA SANTOS
Attorney for Griselda Avila

Date: 1-11-10 By: /s/ Robin Taylor
Authorized to sign for Ms. Taylor
On January 11, 2010
ROBIN TAYLOR
Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated: January 12, 2010**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT