```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-CR-536 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RESETTING |
| ) | STATUS CONFERENCE AND EXCLUDING |
| v. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| ) | DATE: March 9, 2010 |
| JOSE QUEVEDO-MEZA, and ) | TIME: 9:15 A.M. |
| GRISELDA AVILA ) | CTRM: Hon. Lawrence K. Karlton |
| Defendants. ) | |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Jose Quevedo-Meza, by and through his counsel of record, Danny Brace, Esq., and defendant Griselda Avila, by and through her attorney of record, Dina Santos, Esq., hereby submit this stipulation and proposed order regarding further status conference set March 9, 2010.  In court the parties agreed, and the court ordered, that the matter be set for further status conference on March 9, 2010.

The defendants move that time be excluded from January 6, 2010, to March 9, 2010, from computation of time within which the trial of

this case must be commenced, pursuant to 18 U.S.C § 3161(h)(8)(iv)(Local code T4- to give counsel reasonable time to prepare). Defense counsel represented that they needed time to review discovery, meet with their clients, and meet with the government to discuss the case status and possible resolution. The defendants are aware of the request for continuance and approve it.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: February 3, 2010  /S/ Robin R. Taylor
By: ROBIN R. TAYLOR
Assistant United States Attorney
Attorney for Plaintiff

Dated: February 3, 2010  /s/ Danny Brace
DANNY BRACE
Attorney for Defendant

Dated: February 3, 2010  /s/ Dina Santos
DINA SANTOS
Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: February 9, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT