```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    GRISELDA AVILA
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. 2:08-0536 LKK
                                   )
13            Plaintiff,           )
                                   ) STIPULATION AND ORDER RESETTING
14       v.                        ) STATUS CONFERENCE AND EXCLUDING
                                   ) TIME UNDER THE SPEEDY TRIAL ACT
15  JOSE QUEVEDO-MESA,             )
    GRISELDA AVILA                 )
16            Defendants.          ) Date:  March 9, 2010
                                   ) Time:  9:15 a.m.
17  _____) Judge: Hon. Karlton

18

19      **IT IS HEREBY STIPULATED** by and between Assistant United States

20  Attorney Robyn Taylor, Counsel for Plaintiff, and Attorney Dina L.

21  Santos, Counsel for Defendant GRISELDA AVILA, and Attorney Danny Brace,

22  Counsel for Defendant JOSE QUEVEDO-MESA, hereby submit this stipulation

23  and proposed order regarding the status conference set for March 9,

24  2010.  Ms. Santos appeared on behalf of Mr. Brace.  In court the

25  parties agreed, and the court ordered, that the matter be set for

26  further status on May 4, 2010.

27       This continuance was requested by the defense in order to

28  permit further diligent examination of possible defenses, further
```

client consultation concerning available courses of action, and review of discovery.

**IT WAS FURTHER STIPULATED** between all parties, that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel conferred about this request, that they have agreed to the May 4, 2010 date, and that Ms. Hobler and Mr. Brace have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: March 12, 2010   /s/ Dina L. Santos
                        DINA L. SANTOS
                        Attorney for Defendant
                        GRISELDA AVILA

Dated: March 12, 2010   /s/ Danny Brace
                        DANNY BRACE
                        Attorney for Defendant
                        JOSE QUEVEDO-MESA

Dated: March 12, 2010   /s/ Jean Hobler
                        JEAN HOBLER
                        Assistant United States Attorney
                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: March 15, 2010   /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT