```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN TAYLOR
   JEAN M. HOBLER
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:08-cr-00536-LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| JOSE QUEVEDO-MESA,<br>  aka Fernando, and<br>GRISELDA AVILA, | |
| Defendants. | |

**ORDER**

The parties appeared before the Court on Tuesday, May 4, 2010, in case number 2:08-cr-00536-LKK, with defense counsel Dina Santos appearing for Ms. Avila and Danny Brace appearing for Mr. Quevedo-Mesa and Special Assistant U.S. Attorney Jean M. Hobler appearing for the government. At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference set for May 19, 2010, at 9:15 a.m., be continued to Tuesday, August 10, 2010, at 9:15 a.m., and that the time beginning May 4, 2010, and extending through August 18,

1

2010, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare, as outlined at the status conference. Local Code T4. A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to continue their investigation, review the evidence, and prepare for motions given the limitations imposed by Congress. It is also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for May 19, 2010, at 9:15 a.m., be continued to Tuesday, August 10, 2010, at 9:15 a.m., and that the time beginning May 19, 2010, and extending through August 18, 2010, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: May 11, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT