DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
GRISELDA AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. 2:08-0536 LKK
)
        Plaintiff, )
) STIPULATION AND ORDER VACATING
  v. ) DATE, CONTINUING CASE, AND
) EXCLUDING TIME
JOSE QUEVEDO-MESA, )
GRISELDA AVILA )
        Defendants. ) Date: November 16, 2010
) Time: 9:15 a.m.
_____ ) Judge: Hon. Karlton

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robyn Taylor, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant GRISELDA AVILA, and Attorney Danny Brace, Counsel for Defendant JOSE QUEVEDO-MESA, that the status conference scheduled for September 21, 2010, be vacated and the matter be continued to this Court's criminal calendar on November 16, 2010, at 9:15 a.m.

This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, and review of

discovery.  We have been in negotiations with the prosecution and hope to reach a resolution by the next court date.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the November 16, 2010 date, and that Ms. Taylor and Mr. Brace have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: September 20, 2010        /s/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 GRISELDA AVILA

Dated: September 20, 2010        /s/ Danny Brace
                                 DANNY BRACE
                                 Attorney for Defendant
                                 JOSE QUEVEDO-MESA

Dated: September 20, 2010        /s/ Robyn Taylor
                                 ROBYN TAYLOR
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: September 20, 2010        _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT