```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ROBIN R. TAYLOR
    JEAN HOBLER
 3  Assistant U.S. Attorneys
    501 "I" Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2722
 5
 6
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,      )
12                                 ) CR S-08-536 LKK
                 Plaintiff,        )
13                                 ) STIPULATION AND ORDER RESETTING
            v.                     ) STATUS CONFERENCE AND EXCLUDING
14                                 ) TIME UNDER THE SPEEDY TRIAL ACT
    JOSE QUEVEDO-MEZA, and         )
15  GRISELDA AVILA,                )
                                   ) DATE: September 21, 2010
16               Defendants.       ) TIME: 9:15 a.m.
    _____) CTRM: Hon. Lawrence K. Karlton
17
```

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Jose Quevedo-Meza, by and through his counsel of record, Danny Brace, Esq., and defendant Griselda Avila, by and through counsel of record, Dina Santos, Esq. hereby submit this stipulation and proposed order regarding the status conference set for August 10, 2010. In Court the parties agreed, and the court ordered, that the matter be set for further status on September 21, 2010.

The defendants moves that time be excluded from August 10, 2010, through September 21, 2010, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. §

3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Defense counsel represented that they needed time review discovery, meet with their clients, and meet with the government to discuss the case status and possible resolution. The defendants are aware of the request for continuance and approve of it.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: September 20, 2010     By:  /s/ Robin Taylor
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

DATED: September 20, 2010     By:  /s/ Danny Brace
                                        DANNY BRACE
                                        Attorney for Defendant

DATED: September 20, 2010     By:  /s/ Dina Santos
                                        DINA SANTOS
                                        Attorney for Defendant

                                    **ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: September 20, 2010

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT