BENJAMIN B. WAGNER
United States Attorney
Jean M. Hobler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-00536-LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| JOSE QUEVEDO-MESA, aka Fernando, | |
| GRISELDA AVILA, | |
| Defendants. | |

The parties appeared at the status conference set for November 16, 2010, at 9:15 a.m. and at that conference, through their counsel, stipulated to continuing the status conference to January 11, 2011, at 9:15 a.m. The parties stipulated that the time between November 16, 2010, and January 11, 2011, should be excluded from the calculation of time under the Speedy Trial Act under local code T4, and that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defendants wish to pursue a

1

plea agreement with the Government and the defense desires additional time to review the related issues with the Government and with their clients. The parties stipulated and agreed that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

ACCORDINGLY, it is hereby ordered that the status conference set for November 16, 2010, at 9:15 a.m., be continued to Tuesday, January 11, 2011, at 9:15 a.m., and that the time beginning November 16, 2010, and extending through January 11, 2011, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATE: November 17, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT