DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Jose Quevedo Mesa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GUEVEDO MESA, GRISELDA AVILA,<br><br>Defendant | Case No.: CR S 08-536 LKK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning January 11, 2011 and extending through March 8, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the January 11, 2011, calendar and be rescheduled to March 8, 2011 at 9:15 a.m..

Respectfully submitted,

Date: 1-5-11                          By: /s/ Danny D. Brace, Jr.,
                                              DANNY D. BRACE, JR.,
                                              Attorney for
                                              Jose Quevedo Mesa

Date: 1-5-11                          By: /s/ Dina Santos
                                              Authorized to sign for Ms. Santos
                                              On January 5, 2011
                                              DINA SANTOS
                                              Attorney for Griselda Avila

Date: 1-5-11                          By: /s/ Jean Holder
                                              Authorized to sign for Ms. Holder
                                              On January 5, 2011
                                              JEAN HOLDER
                                              Assistant U.S. Attorney

**IT IS SO ORDERED**

**Dated: January 11, 2011**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIP AND ORDER TO EXTEND TIME - 2