BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:08-cr-00536-LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| JOSE QUEVEDO-MESA, aka Fernando, and GRISELDA AVILA, | |
| Defendants. | |

**ORDER**

The parties appeared before the Court on Tuesday, March 8, 2011, in case number 2:08-cr-00536-LKK, with defense counsel Dina Santos appearing for Ms. Avila and specially appearing for Mr. Quevedo-Mesa and Assistant U.S. Attorney Jean M. Hobler appearing for the government. The parties presented the Court with the proposed resolution of the case via pretrial diversion, advised that a recommendation had been made to Pretrial Services, and that Pretrial Services required 45 days to evaluate the defendants for participation in the diversion program.

At that time, based upon the representations and agreement

1

of all counsel, the Court ordered that the status conference set for March 8, 2011, at 9:15 a.m., be continued to Tuesday, April 26, 2011, at 9:15 a.m., and that the time beginning March 8, 2011, and extending through April 26, 2011, was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the parties' need to work with Pretrial Services to evaluate the defendants as candidates for diversion, to negotiate and prepare a written pretrial diversion agreement, and to effect other steps necessary for the resolution of this case.  Local Codes T4, 5, and I (18 U.S.C. § 3161(h)(2), (h)(7)(B)(iv)).

ACCORDINGLY, it is hereby ordered that the status conference set for March 8, 2011, at 9:15 a.m., be continued to Tuesday, April 26, 2011, at 9:15 a.m., and that the time beginning March 8, 2011, and extending through April 26, 2011, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: March 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT