UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff,

  v.                               MC. S-11-0025 LKK/EFB

APPROXIMATELY $5,451.00 in
U.S. CURRENCY, and
MISCELLANEOUS COUNTERFEIT
GOODS,

    DefendantS.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                               CR. S-08-0536 LKK

JOSE QUEVEDO-MEZA aka          <u>RELATED CASE ORDER</u>
Fernando; and
GRISELDA AVILA,

    Defendants.
_____/

    The court has received the Notice of Related Cases filed March 10, 2011. Examination of the above-entitled actions reveals

that both actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2011). The civil forfeiture action arises from the same law enforcement investigation and thus involves substantially the same events, transactions, and owner.

Because the cases are already assigned to the same district judge, this order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

DATED: March 15, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT