BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:08-cr-00536-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| JOSE QUEVEDO-MESA,<br>    aka Fernando, and<br>GRISELDA AVILA, | |
| Defendants. | |

This case is currently scheduled for a status hearing on April 26, 2011. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and efforts for resolution.  Specifically, as set forth at the last status conference in this matter, the parties have come to terms of agreement regarding pretrial diversion as resolution of this case.  To date, the parties have not received a pretrial diversion package from Pretrial Services, though they anticipate receiving the same soon.  The parties agree that their positions at the status conference depend on issues presented in the pretrial diversion package from Pretrial Services, and would like

1

adequate time to review that package and formulate a plan of action prior to the status conference.

The parties, through their respective counsel, therefore stipulate and agree that the status conference scheduled in this case for Tuesday, April 26, 2011, be continued until Tuesday, May 17, 2011, at 9:15 a.m. In addition, the parties stipulate that the time period from April 26, 2011, through and including May 17, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 20, 2011  /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant U.S. Attorney

DATED: April 20, 2011  /s/ Jean M. Hobler for
DINA SANTOS
Counsel for defendant Griselda Avila

DATED: April 20, 2011  /s/ Jean M. Hobler for
DANNY BRACE
Counsel for defendant Jose Quevedo-Mesa

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOSE QUEVEDO-MESA,<br>    aka Fernando, and<br>GRISELDA AVILA,<br><br>       Defendants. | CR. No. 2:08-cr-00536-LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

**ORDER**

For the reasons set forth in the stipulation of the parties, filed on April 20, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for April 26, 2011, be vacated and that the case be set for Friday, May 17, 2011, at 9:15 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, for the reasons

stated in the parties' April 20, 2011, stipulation, the time under the Speedy Trial Act is excluded from April 26, 2011, through and including May 17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

Dated: April 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT