BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:08-cr-00536-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND ESTABLISHING RESTITUTION ACCOUNT |
| JOSE QUEVEDO-MESA, aka Fernando, and GRISELDA AVILA, | |
| Defendants. | |

This case is currently scheduled for a status hearing on May 17, 2011. The parties are informed that on May 5, 2011, the Court signed the pretrial diversion agreements for the defendants, which had previously been signed by the defendants, their counsel, and the appropriate Pretrial Services officials.  The pretrial diversion period runs for 18 months from the date of execution of the agreement by the Court.  Thus, the parties request the status in this matter be vacated, and a new status conference set for Tuesday, January 8, 2013.  The parties agree that Title 18, United States Code section 3161(h)(2) (Local Code 5) applies to exclude time under the Speedy Trial Act between May

1

5, 2011, and January 8, 2013.

In the event the Government or Pretrial Services believes there has been a failure to meet the terms of the diversion agreements, either will come to the Court with a request to place the matter on calendar prior to January 8, 2013. In the event either defendant or Pretrial Services believes early termination of supervision is warranted, either will come to the Court with a request to place the matter on calendar prior to January 8, 2013.

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: May 12, 2011        /s/ Jean M. Hobler
                                JEAN M. HOBLER
                                Assistant U.S. Attorney


DATED: May 12, 2011        /s/ Jean M. Hobler for
                                DINA SANTOS
                                Counsel for defendant Griselda Avila

DATED: May 12, 2011        /s/ Jean M. Hobler for
                                DANNY BRACE
                                Counsel for defendant Jose Quevedo-Mesa

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JOSE QUEVEDO-MESA,<br>    aka Fernando, and<br>GRISELDA AVILA,<br><br>      Defendants. | CR. No. 2:08-cr-00536-LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE; ESTABLISHING<br>RESTITUTION ACCOUNT |

**ORDER**

For the reasons set forth in the stipulation of the parties, filed on May 12, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for May 17, 2011, be vacated and that the case be set for Tuesday, January 8, 2013, at 9:15 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, the time under the

Speedy Trial Act is excluded from April 26, 2011, through and including May 17, 2011, pursuant to 18 U.S.C. §3161(h)(2) and Local Code 5, due to the deferred prosecution agreements in place with each defendant.

IT IS SO ORDERED.

Dated: May 17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT