BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE QUEVEDO-MESA,<br><br>　　　　　aka Fernando, and<br><br>GRISELDA AVILA<br><br>　　　　　Defendants. | Case No. 2:08-CR-536 LKK<br><br>**MOTION TO TERMINATE PRETRIAL DIVERSION AND DISMISS INDICTMENT, ORDER THEREON** |

　　　　The Government and defendants Jose Quevedo-Mesa and Griselda Avila entered into deferred prosecution agreements in this matter in May 2005. The Court approved those agreements on May 5, 2011. (*See* Docket Numbers 82 and 83.) The agreements contemplated certain actions be undertaken by the defendants before the end of a contemplated 18-month pretrial diversion period. Pretrial Services has advised that the defendants have complied with all terms and conditions of supervision and have met all their obligations under the pretrial diversion agreements. Thus, Pretrial Services recommends early termination of the pretrial diversion period on May 4, 2012, *i.e.*, after approximately one-year of pretrial diversion. The Government

1

does not object and joins in the request to terminate pretrial diversion approximately six months earlier than contemplated in the agreements.

Now, therefore, consistent with the terms of each pretrial diversion agreement in this case, the Government requests the Court terminate the defendants Pretrial Diversion. Further, under Federal Rule of Criminal Procedure 48(a), and consistent with its obligations under the pretrial diversion agreements, the Government moves to dismiss the indictment in this case, filed on November 13, 2008. (Docket Number 18.) The Government has consulted with counsel for the defendants, Danny Brace (for defendant Quevedo-Mesa) and Dina Santos (for defendant Avila), and is authorized to represent that each defendant is aware of the Government's intent to dismiss the indictment, and does not object to disposition of the matter by the Court without further briefing or hearing on the matter.

DATED: May 2, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

# ORDER

Based on the Government's motion and the representations contained therein, the Court finds good cause to terminate the pretrial diversion period of defendants Jose Quevedo-Mesa and Griselda Avila, and the diversion period is TERMINATED as of May 4, 2012. The Court further grants the Government's motion under Rule 48 of the Federal Rules of Criminal Procedure. The Indictment filed on November 13, 2008 is hereby DISMISSED.

DATED: 5/3/2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT